**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:14-CV-03140** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **LAND ST MARTIN PARISH ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

**O R D E R**

Considering the recent Order of this Court reopening this case (Rec. Doc. 25), it is hereby

ORDERED that a hearing is set on TUESDAY, JANUARY 21, 2025 at 10:00 a.m. in Courtroom 7 of the U.S. District Court in Lafayette, Louisiana, before the undersigned Magistrate Judge pursuant to Fed. R. Civ. P. 71.1(h), at which the government shall appear and present evidence of valuation as to the parcel(s) of land at issue in this matter. The government shall also present an appropriate proposed judgment for distribution of compensation to all defendants in whom ownership is vested. It is further

ORDERED that the government shall provide appropriate notice of the hearing now set to all relevant landowner defendants and shall file into the record, either prior to the hearing or at the hearing, an affidavit of service as to the notices required by this Order and Fed. R. Civ. P. 71.1(d). It is, finally

ORDERED that any defendant to this civil condemnation action may appear at the hearing now set to contest the specific issue of compensation, regardless of prior appearance, pursuant to Fed. R. Civ. P. 71.1(e)(3).

SO ORDERED this 23rd day of October, 2024 at Lafayette, Louisiana.

_____
**DAVID J. AYO**
**UNITED STATES MAGISTRATE JUDGE**